IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA HARRISON, | § § § | |
| Plaintiff, | § § | |
| V. | § § | Civil Action No. 4:16-cv-03504 |
| TRAVELERS HOME AND MARINE INSURANCE COMPANY, ROBERT LESSARD, LADDER NOW, | § § § § § | |
| Defendants. | § | |

## NOTICE OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Fed. R. Civ. P. 41, Plaintiff Linda Harrison ("Plaintiff") hereby dismisses, without prejudice, all of its claims in this action against the Defendant Ladder Now ("Ladder Now"), who has not answered in this action or filed a motion for summary judgment.

Respectfully submitted,

FITTS LAW FIRM, PLLC

By: _____
Bryant Fitts
Texas State Bar No. 24040904
Federal I.D. No. 37350
Carla Delpit
Texas State Bar No. 24082183
Federal I.D. No. 2248226
2700 Post Oak Blvd., Suite 1120
Houston, Texas 77056
Telephone: (713) 871-1670
Facsimile: (713) 583-1492
E-mail: bfitts@fittslawfirm.com
E-mail: cdelpit@fittslawfirm.com

**ATTORNEYS FOR PLAINTIFF LINDA HARRISON**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2016, a true and correct copy of this instrument was forwarded to all known counsel of record using the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure and applicable Local Rules.

_____
Carla Delpit