IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LINDA HARRISON** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:16-CV-03504** |
| | § | |
| **TRAVELERS HOME AND MARINE** | § | |
| **INSURANCE COMPANY,** | § | |
| **ROBERT LESSARD, LADDER NOW** | § | |

## NOTICE OF SETTLEMENT

COME NOW, Linda, the plaintiff herein, and The Travelers Home and Marine Insurance Company and Robert Lessard, the defendants herein, and, pursuant to Local Rule 16.3 of the Local Rules for the Southern District of Texas, notify the Court that the parties have reached a settlement agreement that will result in a full and final release and dismissal with prejudice of all claims and causes of action asserted in this lawsuit. The parties request thirty days to file a joint stipulation of dismissal and proposed order of dismissal and final judgment in order to afford the parties sufficient time to effectuate a full and final release and dismissal with prejudice of all claims asserted in this lawsuit.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

FITTS LAW FIRM, PLLC
2700 Post Oak Blvd., Suite 1120
Houston, Texas 77056
(713) 871-1640
(713) 583-1492 – facsimile


  /s/ Carla R. Delpit (w/ permission)
Carla R. Delpit
State Bar No. 24082183
Southern District Bar No. 2248226
cdelpit@fittslawfirm.com

ATTORNEYS FOR PLAINTIFF
LINDA HARRISON



ORGAIN BELL & TUCKER, LLP
P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile


 /s/ Greg C. Wilkins
Greg C. Wilkins
State Bar No. 00797669
Southern District Bar No. 33280
gcw@obt.com

ATTORNEYS FOR THE TRAVELERS HOME AND MARINE INSURANCE COMPANY AND ROBERT LESSARD

2

## **CERTIFICATE OF SERVICE**

    I do hereby certify that on the 24th day of May, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

                                  /s/ Greg C. Wilkins
                                  Greg C. Wilkins